Sarah G. Thalman, Appellant, v. Samuel Thalman, Respondent.— Judgment affirmed, without costs.—

PER CURIAM: This action was brought to obtain a decree of separation, and was defended on the ground that the plaintiff and defendant are not, and never have been, husband and wife. The trial court so found and dismissed the complaint. The plaintiff did not claim that a marriage ceremony had been solemnized by minister, priest or magistrate, but that a verbal marriage contract was entered into between the plaintiff and defendant on the 30th day of April, 1892. And the only question presented on this appeal is whether the finding by the trial court, that there was no such contract, is against the weight of evidence. An attentive examination of the evidence satisfies us that, under the rules which govern this court in reviewing questions of fact, the finding of the Special Term must stand. As no good purpose can be accomplished by a discussion of the evidence, we refrain from doing it. The judgment should be affirmed, without costs. Present — Van Brunt, P. J., O'Brien and Parker, JJ.

In the Matter of the Mayor, Aldermen and Commonalty of the City of New York (In re Horace Anderson).— Referee's report confirmed except as to allowance of interest.—

PER CURIAM: This not being an action for the recovery of an award, the provisions of the statute in regard to interest do not apply. No interest should, therefore, have been allowed upon the award, and the referee's report should be confirmed, except as to such allowance of interest. Present — Van Brunt, P. J., and O'Brien, J.